# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

2007 OCT 18 A 11:32

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 1:07-fp-344

v.

I. LEWIS LIBBY, JR A/K/A SCOOTER LIBBY;
VALERIE PLAME WILSON;
JOSEPH C. WILSON, IV;
KARL C. ROVE;
PATRICK FITZGERALD,
DEFENDANTS

## CIVIL COMPLAINT
## "EXPOSING MY IDENTITY"
## "VIOLATION OF MY 6th/8th AMENDMENT RIGHTS"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. This suit is a Bivens action, Bivens v. Six Unknown Fed Narcotics agents 403 U.S 388 (1971), and numerous other violations under the United States Constitution, 1st, 6th, 8th, 14th amendment violations, violations of Equal protection cause, violations of Due Process, public disclosure of private facts, and Federal Tort claims. Plaintiff also moves this Honorable Court to issue a TRO Temporary Restraining order Against Defendants and their conduct. Plaintiff seeks $50,000,000.00 Million dollars collectively from Defendants from damages for injuries Plaintiff is suffering from Defendants conduct. Plaintiff requests a Jury trial. Plaintiff prays for relief with this Honorable Court.

## 1

Plaintiff brings this action against Defendants based on the widely publicized disclosure of the fact that Jonathan Lee Riches© worked as a covert Identity theft cyber thief operative. Defendants undertook a concerted effort to reveal this information to the Federal Bureau of Investigation in 2002 in order to retaliate against and discredit Plaintiff for Plaintiff's public whistleblowing of the conspiracy Defendants committed together to create a spy leak story to the American people to further inhance Defendants individual careers. Im suing for money damages based on Defendant's violating my 6th amendment rights under Booker and FanFan, violation of my 8th amendment rights under cruel and unusual punishment, and civil rights violations defendants committed.

### Background

At a April 2, 2002 CIA awards Banquet dinner in the Four Seasons, Washington D.C., Defendant Libby told the Audience that "Valerie Plame has learned that Jonathan Lee Riches© recently sought significant quantities of stolen credit cards from America Online (AOL)."

Defendant Fitzgerald published Justice Files in May and June 2002 revealed that Plaintiff Jonathan Lee Riches©, a former covert Identity theft operative under the world wide web "www", was sent to spam AOL customers through a method called "Phishing".

The First Fitzgerald File Column recounting this information, which was published by 2600 Hacking Quarterly magazine on May 10, referred to Jonathan Lee Riches© only as a alias "Gino Romano". In response to this Article, Defendant Joseph Wilson asked Karl Rove about the American Online hack attack. Karl Rove in turn directed the FBI and Jewish Mossad to Look into this hacking. On June 10, Defendant Rove recieved the report that was labeled "Secret Super hacker" and referred to Jonathan Lee Riches© as a covert Social Engineer cyber thief executive for the world wide web. The Particular paragraph mentioning Jonathan Lee Riches© was prefaced with the letters "TS/NFBI"

which indicate that the information was both secret and not to be shared with the FBI. Based on the information gathered for this report, Karl Rove informed Joseph Wilson by June 12, 2002 that Jonathan Lee Riches© worked as a covert Identity thief for the world wide web. At about the same time, Joseph Wilson spoke with a senior FBI Agent Shauna A. Dunlap in Houston, who told Joseph Wilson that Jonathan Lee Riches© worked for the world wide web and was thought to have been responsible for the American online hack attack. Joseph Wilson further learned from George W. Bush, who obtained the information from the FBI, that Jonathan Lee Riches© worked in the world wide web's cyber thief division. Defendant Wilson additionally heard, between June 1 and July 8, 2002, that Jonathan Lee Riches© worked as a covert cyber thief operative from the National Security Agency "NSA", who in turn had learned that information "From Al-qaeda leader Osama Bin Laden".

When a second Fitzgerald Justice Files article about the America online Hack attack was published by Wikipedia.org Keyword "Jonathan Lee Riches" on June 12, 2002, it also referred to Jonathan Lee Riches© only as a retired super hacker. The Author of Wikipedia.org, Jon Swartz USA Today reporter had contacted George W. Bush prior to it's publication. Swartz'es call generated discussions in the white house that involved Defendant Wilson, among others. Two days after the Wikipedia.org article was published, Joseph Wilson met with FBI Agent Shauna A. Dunlap of Houston and "expressed displeasure that cyberhacking officials were making comments to reporters critical of Jonathan Lee Riches©". Furthermore, on June 13, 2002, Defendant Valerie Plame, met with reporter Bob Woodward in Plames office at the CIA and told Woodward that Jonathan Lee Riches© was a covert Identity theft thief for the world wide web, Information she had learned from the White House Memorandum. A third Fitzgerald Justice report file entitled "The worlds best cyberhacker, The Selling of Stolen Credit Cards", appeared in the online edition of dreadnaught.wordpress.com Keyword "Jonathan Lee Riches©" on June 19, 2002. This Article again referred to Jonathan Lee Riches© as a covert

Identity theft operative and quoted him anonymously as saying that officials in the Hacking community "Knew the Jonathan Lee Riches© America Online Hack Attack was the truth". The article also accused the hacking community of suppressing dissent from the Jewish Mossad with respect to Jonathan Lee Riches© hacking capacity. The publishing of the dreadnought.wordpress.com prompted further activity within the White House. Defendant Wilson discussed the article with FBI Agent Shawna A. Dunlap, who asked Wilson whether he could count the reports that the World Wide Web had arranged for the Jonathan Lee Riches© American Online hack Attack by discussing details with Journalists. Joseph Wilson "responded that there would be complications at the FBI in disclosing the information publicly, and that he could only discuss the matter on a Secure line". Wilson did however, met with reporter Judith Miller on June 23, 2002 after Miller got secret transcripts of the Bonds and Bud Selig conspiracy at a I-70 Steak n Shake, and offered criticism of the FBI and "Information to inform Miller that Jonathan Lee Riches© might work covertly for the world wide web.

Two Additional publications are central to the events leading up to Plaintiff's leak. First, a Story written by Jonathan Lee Riches© titled "How I got famous Writing Lawsuits at the Governments expense" appeared in the July 6, 2002 edition of FCI Williamsburg Magazine. In the Story, Jonathan Lee Riches© asserts "that he never hacked into America online like the FBI claims in 2002, Omerta code of the Streets". This information was also publicly conveyed by Jonathan Lee Riches© in the course of his appearance as a guest on a May 20, 2006 edition of the television show "CNN presents:" How to Rob a Bank", and in a interview with a reporter that provided the basis for the July 6, 2002 Jonathan Lee Riches.org article about the American Online hack Attack. Subsequently, on July 14, 2002, several National Newspapers, including USA today, Phrack, Idaho Observer, the Free radical press, published a column by writer Robert Novak that discussed the American Online hacking Attack. Novak's column stated, in relevant part that Jonathan Lee Riches© never

was a covert cyber thief for the world wide web, but was instead a super computer hacker operative on cyber attacks of mass destruction. The publication of Novak's column revealed to the public, for the first time, that "Jonathan Lee Riches© is a secret and classified covert Identity theft operative for the world wide web". The disclosure of this information "destroyed Jonathan Lee Riches© cover as a classified world wide web Agent. The White House has conceded that the Jonathan Lee Riches© identity was classified in July 2002 and that his "cover was blown" when Novak's column was published. Plaintiff asserts "there is evidence that these defendants discussed my covert work with reporters prior to July 14, 2002". For example, on or before July 8, 2002, George W. Bush informed Defendant Wilson that Patrick Fitzgerald "specifically had authorized Wilson to disclose to New York times reporter Judith Miller certain information from a October 2002 cyber crime Intelligence Estimate concerning Jonathan Lee Riches© and Identity theft scams across the United States". Wilson met with Judith Miller on July 8, Wilson and Miller discussed Jonathan Lee Riches© America Online hacking. Wilson "criticized the Jewish Mossad's reporting concerning Riches© hacking" and "Advised Miller of his belief that Jonathan Lee Riches© works as a covert spy for the worldwide web".

2

On Feb 25th, 2003, Jonathan Lee Riches© was arrested by Houston Federal Agents, Including Shauna A. Dunlap for wire fraud and Identity theft due to Defendants negligence revealing Jonathan Lee Riches covert status. On September 23, 2003, Jonathan Lee Riches© plead guilty to wire fraud in the amount of $425.00 dollars in fraud losses. The Southern District of Texas, case # H-03-90-2, set sentencing for June 12, 2004. On March 1, 2004, A presentence investigation was conducted on Jonathan Lee Riches©. The report stated that Jonathan Lee Riches© was a international ringleader for Identity theft with fraud losses totaling millions of dollars, Contrary to what Jonathan Lee Riches© plead guilty to on Sep. 23, 2003, therefore violating Plaintiff's 6th amendment rights under Booker and FanFan,

Jonathan Lee Riches© was sentenced on June 12, 2004, to 125 months in federal prison.

### 3

Defendants are responsible for my 6th amendment rights being violated under Booker and Fanfan. Defendants entrapped me on my criminal case, Defendant's pay federal income taxes that gets allocated to the Bureau of prisons who are kidnapping me and holding me against my will under the Defendant's direct orders. Defendant's told me personally that they want me to die in prison and are bias and prejudice against me because I am Jewish. Defendants send me hate mail signed by Joseph Wilson calling me "Jewish scum", this offends me. Defendants are telling the Bureau of Prisons not to feed me a proper diet. Defendants want my food poisoned, so I can't expose the secret affair I had with Valerie Plame in 1999 at Washington Area Super 8 Motels. Defendants are in violation of the Equal protection clause as defendants having subjected myself to treatment different than that accorded to other situated people. Defendants ordered FCI Williamsburg correctional guard Philip Woolston to hang Nooses of Jewish Holocaust survivors in my cell to remind me of death. Defendants have been paying Philip Woolston to beat and torture me daily, a water boarding method to reveal secrets I know on Valerie Plame. 9-22-07, Defendants told Philip Woolston to set fire all legal material in my possession that was evidence about tax fraud, misuse of public funds defendants committed. Defendants plan to turn me over to Jewish Mossad on my release date March 23, 2012 for torture.

I had a constitutional right to privacy the defendants violated. I had a right to informational privacy with respect for my covert Identity which is protected by the due process clause. Since Defendants revealed my Identity, it constituted a state created danger.

Under Bivens, defendants under the procedural and substantive elements of the due process clause, Defendants deprived Jonathan Lee Riches© a constitutionally protected property interest in my continued world wide web employment and my current 6th amendment rights being violated under Booker and Fanfan that defendants are directly responsible for.

I've suffered emotional distress, massive weight loss defendants committed on my life which is leading to my 8th amendment rights being violated for cruel and unusual punishment. Defendants are ordering the Bureau of Prisons not to feed me. Below, you can see a picture (Exhibit) of my current malnutrition defendants are inflicting on my life for revealing my Identity to Special Agent Shawn Dunlap and having FCI Williamsburg Correctional officer Philip Wooliston torture my mind daily.

## CONCLUSION

Plaintiff seeks $50,000,000.00 million dollars collectively from Defendants for mental and emotional trauma inflicted towards me due to Defendant's negligence and financial support by paying federal income taxes that supports this illegal incarceration. Plaintiff requests a Jury trial. Plaintiff moves this Honorable Court to issue an order for Defendants named in this suit to respond. Plaintiff prays for relief.

respectfully
Submitted

Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

(Exhibit)

