UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Lee Riches
#40498-018f
WILLIAMSBURG FCI
Inmate Mail/Parcels
P.O. Box 340
SALTERS, SC 29590

## ORDER - FILING FEE OMITTED

In re: File No. 1:07-fp-344, Jonathan Lee Riches v. I. Lewis Libby, Jr., et al

The above-captioned action was received by the court on 10/18/07, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by 12/20/07.

**Filing Fee**. Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**. If in forma pauperis status is sought:

- Motion to Proceed In Forma Pauperis (USDCNH-13 or substantially similar filing)
- Financial Declaration (USDCNH-15 or substantially similar filing)
- Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

By the Court,

/s/ Janice E. Boucher
Janice E. Boucher
Deputy Clerk

October 23, 2007